Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
MONTE ANTONIO REED

United States District Court
for the Eastern District of California
Sacramento Courthouse

| | |
|---|---|
| MONTE ANTONIO REED,<br><br>    *Petitioner*,<br>vs.<br><br>RON BROOMFIELD, Warden, San Quentin State Prison,<br><br>    *Respondent*.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    *Real Party in Interest.* | No. 2:22-cv-01192-KJM-JDP<br><br>~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |

**~~PROPOSED~~ ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, and there being no opposition, this court grants petitioner a 31 day extension of time to file the traverse and reply memorandum, from Friday, September 30, 2022, to and including, Monday, October 31, 2022.

IT IS SO ORDERED.


Dated:   September 22, 2022                     _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE