Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
MONTE ANTONIO REED

## United States District Court
### for the Eastern District of California
#### Sacramento Courthouse

| | |
|---|---|
| MONTE ANTONIO REED,<br><br>            *Petitioner*,<br>    vs.<br><br>RON BROOMFIELD, Warden, San Quentin State Prison,<br><br>            *Respondent*.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            *Real Party in Interest*. | No. 2:22-cv-01192-KJM-JDP<br><br>~~PROPOSED~~ ORDER PERMITTING LATE FILING OF TRAVERSE AND REPLY MEMORANDUM |

### ~~PROPOSED~~ ORDER PERMITTING LATE FILING OF TRAVERSE AND REPLY MEMORANDUM

Good cause appearing, this court grants petitioner leave to file the traverse and reply memorandum, previously due on October 31, 2022, on November 2, 2022, two days late.

IT IS SO ORDERED.

Dated:    November 3, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE