Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
MONTE ANTONIO REED

# United States District Court
## for the Eastern District of California
### Sacramento Courthouse

| | |
|---|---|
| MONTE ANTONIO REED,<br><br>*Petitioner*,<br>vs.<br><br>RON BROOMFIELD, Warden, San Quentin State Prison,<br><br>*Respondent*.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Real Party in Interest.* | No. 2:22-cv-1192-DJC-JDP<br><br>~~PROPOSED~~ ORDER SUBSTITUTING RESPONDENT<br><br>(Unopposed) |

**~~PROPOSED~~ ORDER SUBSTITUTING RESPONDENT**

Good cause appearing, this court substitutes Heather Bowlds, Director of Adult Parole Operations, as respondent in place of Ron Broomfield, Warden, San Quentin State Prison, to reflect petitioner's release from prison to parole. Petitioner's motion, ECF No. 21, is granted.

IT IS SO ORDERED.

Dated:  May 20, 2025   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE