Law Offices of Beles & Beles
Robert J. Beles, CA Bar No.: 41993
Mike Giesen, CA Bar No.: 356524
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No.: (510) 836-0100
Fax. No.: (510) 832-3690
Email: beleslaw@yahoo.com

Attorneys for Petitioner
Monte Antonio Reed

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE ANTONIO REED,<br><br>*Petitioner*,<br>V.<br><br>Heather Bowlds, Director (A) – Division of Adult Parole Operations,<br><br>*Respondent*,<br><br>People of the State of California,<br><br>*Real Party in Interest*. | No. 2:22-cv-1192-DJC-JDP<br><br>~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS<br><br>(Unopposed) |

**PROPOSED ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS**

Good cause appearing, and there being no opposition, this Honorable Court grants the Petitioner a 28-day extension of time to file the Objections to Magistrate Judge's Findings and Recommendations, from Wednesday, June 25, 2025 to, and including, Wednesday, July 23, 2025.

IT IS SO ORDERED.

Dated:   July 1, 2025             _____
                                  JEREMY D. PETERSON
                                  UNITED STATES MAGISTRATE JUDGE

1