UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE ANTONIO REED,<br><br>    Petitioner,<br><br>    v.<br><br>BROOMFIELD, *et al.*,<br><br>    Respondent. | Case No. 2:22-cv-1192-DJC-JDP (P)<br><br>ORDER |

    Petitioner, a state prisoner proceeding with counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 12, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, ECF No. 20, are adopted in full;

2. The petition, ECF No. 1, is DENIED;

3. The Clerk of Court is directed to close this case and to enter judgment accordingly; and

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

Dated:   **September 2, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE